UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-CR-108-JCM-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID BETHLEY ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#75) on November 3, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $46,832.00

**Total Amount of Restitution ordered:** $46,832.00\*\*
\*\*Joint and several with co-defendants Andrew Thomas, Miko Fields, Johning Walker and Thoms Wildridge

Dated this ____ day of May, 2017.

UNITED STATES DISTRICT JUDGE